# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE M. KINNEY,<br><br>    Plaintiff,<br><br>v.<br><br>KATHY RUNNION, et al.,<br><br>    Defendants. | Case No. 18-cv-00258-MEJ<br><br>**ORDER REMANDING ACTION TO MARIN SUPERIOR COURT** |

The parties stipulated to the filing of a First Amended Complaint that abandoned the federal claims upon which Defendants had based removal of the action to this Court. *See* Stip. & Order, Dkt. No. 13; FAC, Dkt. No. 14. Pursuant to the Stipulation of the parties, and because the Court now lacks jurisdiction over the matter, the action shall be remanded to Marin Superior Court.

The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: February 5, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge